# EXHIBIT 2

# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*
*and Attorney-in-Chief*

October 23, 2019

Hon. Raymond J. Dearie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v Kevin Haynes 93cr1043 RJD

Judge Dearie,

Our social work department at the Federal Defenders of New York is able to provide reentry support for clients returning to the community from the Federal Bureau of Prisons. We are located at 52 Duane Street, 10th Floor, New York, NY 10007 and at One Pierrepont Plaza, 16th Floor, Brooklyn, NY 11201.

Immediately after release, we can provide clothing, food and metrocards. In the initial months after release, we can help Mr. Haynes acquire identifying documents (birth certificate, social security card, state ID), enroll in health insurance, benefits and entitlements, open a bank account and connect to necessary healthcare services.

As detailed in his BOP Release Plan, Mr. Haynes would like to return to Brooklyn and support himself. He will enter **New York City Department of Homeless Services' Men's Intake Shelter at 400 East 30th Street, New York, NY 10016**. After completing intake, he will be assigned a permanent shelter. His assigned caseworker will provide any housing vouchers for which he may be eligible. Depending on the location of his shelter and his comfort level using public transit, we will identify the most convenient locations for Medicaid, Supplemental Nutrition Assistance Program (SNAP), formerly food stamps, DMV, Social Security Administration and healthcare.

Mr. Haynes has expressed vocational interest in carpentry, construction, healthcare, commercial driving, and legal studies. While in prison, he spent hundreds of hours studying and preparing to engage with these trades in the community. Our office will work with him to enroll in necessary job training, certifications and placement. Many programs in New York City specifically serve people returning home from prison and seek to alleviate the unique social, emotional, financial and material reentry barriers.

1

**The Osborne Association, 175 Remsen St., Suite 800, Brooklyn, NY 11201, 718-637-6560**, recognizes the needs of older people returning home from prison and provides hard and soft skill training, job placement, and job retention support.

**Adult Career and Continuing Education Services-Vocational Rehabilitation (ACCES-VR), 55 Hanson Place, 2nd Floor, Brooklyn, NY 11217, 718-722-6700**, is a state wide program providing postsecondary education and training for individuals to re-join the workforce. ACCES-VR has paid for higher education, commercial driver's license programming, welding, and healthcare certifications for other Federal Defenders' clients.

Our social work department has supported many individuals coming home from long periods of incarceration as they navigate a very different New York City than they remember. From using metrocards and cell phones to earning a living to developing interpersonal relationships, we seek to provide a safe and supportive reentry environment.

Respectfully submitted,

Brittany Larson, LMSW
Client and Mitigation Services